IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRIAN J. WEBB                                                                                          PLAINTIFF

V.                                            NO: 5:11CV00181 JMM

EDWARD ENGSTROM *et al.*                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this  27  day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE